IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Sabrena Paige, | ) | C/A No.: 1:19-901-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Matthew Barnwell; Aiken | ) | |
| Department of Public Safety; and | ) | |
| City of Aiken, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the motion [ECF No. 11] of Defendants to compel Sabrena Paige ("Plaintiff") to produce responses to Defendants' First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Defendants' motion at ECF No. 11-1.

The motion indicates that the Discovery Requests were first served on Plaintiff on April 10, 2019. After informal attempts to obtain discovery responses from Plaintiff's counsel, Defendant's counsel advised Plaintiff's counsel that Defendant would file a motion to compel if it did not receive responses by August 3, 2019. [ECF No. 11-2]. Defendants' motion indicates that Plaintiff has failed to respond to the Discovery Requests. [ECF No. 11].

1

In light of the foregoing, the court grants Defendant's motion to compel. As the Discovery Requests have been pending for over four months, Plaintiff is directed to provide responses to the discovery requests by August 23, 2019. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendants' attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

August 15, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge