IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sabrena Paige, ) | C/A No.: 1:19-901-CMC-SVH |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Matthew Barnwell; Aiken Department of Public Safety; and City of Aiken, ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiff's delivery of a large collection of documents to the Clerk of Court. The documents are not accompanied by a motion and she provided no written explanation of their relevance to this case. The Clerk of Court is directed to mail these materials to Plaintiff without filing them on the docket.

The undersigned notes that Plaintiff is currently represented by attorney Robert V. Phillips, Esq., and she is not permitted to file documents pro se while represented by counsel. Although Mr. Phillips has moved to withdraw as counsel [ECF No. 18], Plaintiff's response or objection to the motion is due on December 5, 2019, and Mr. Phillips will not be relieved before that date.

Plaintiff is advised that if Mr. Phillips' motion to withdraw is granted and she elects to proceed without an attorney to represent her interests, the

court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Specifically, Plaintiff should be aware that discovery should not be filed with the court. The court will not consider discovery filed without an appropriate motion, and if discovery material is attached as support for a motion or a response to a motion, the motion or response shall specify with particularity the portion of the discovery relied upon. *See* Local Civ. R. 7.06. (D.S.C.) Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to striking a pleading and/or dismissal of this action.

    IT IS SO ORDERED.

*Shiva V. Hodges*

December 3, 2019                        Shiva V. Hodges
Columbia, South Carolina           United States Magistrate Judge